# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                  **Plaintiff**

**V.**      **No. 5:08CR23DCB-JCS-001**

**Derric Markee Berry**      **Defendant**

**And**

**CF Industries**      **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the Defendant is no longer employed by Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on January 15, 2015, (Dkt.# 34) be and it is hereby quashed, and the garnishee, CF Industries, is hereby dismissed.

ORDERED AND ADJUDGED this 4th day of March, 2015.

                                           s/David Bramlette
                                           HONORABLE DAVID C. BRAMLETTE, III
                                           UNITED STATES DISTRICT JUDGE